1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   LAW OFFICES OF
3  MICHAEL F. BOHN, ESQ., LTD.
   376 East Warm Springs Road, Ste. 125
4  Las Vegas, Nevada  89119
   (702) 642-3113 / (702) 642-9766 FAX
5
   Attorney for plaintiffs
6

7
                            UNITED STATES DISTRICT COURT
8
                                  DISTRICT OF NEVADA
9

10 LN MANAGEMENT LLC SERIES 3921            CASE NO.: 2:13- cv-01946-GMN-GWF
   BLUE GULL
11
                Plaintiff,
12
   vs.
13
   FIRST MORTGAGE CORPORATION;
14 QUALITY LOAN SERVICE
   CORPORATION; and BYANN BLAKENEY
15
                Defendants.
16

17                          **SUBSTITUTION OF ATTORNEYS**

18      Plaintiff, LN Management LLC Series 3921 Blue Gull, does hereby consent to the substitution

19 of Kerry P. Faughnan, Esq., as attorney for plaintiff, LN Management LLC Series 3921 Blue Gull, in

20 the above-entitled matter in the place of Michael F. Bohn, Esq.

21      DATED this ____ day of November, 2013.

22

23                              By:_____
                                   Iyad Haddad, for LN Management LLC Series 3921 Blue Gull
24

25 / / /

26 / / /

27 / / /

28

                                           1

Kerry P. Faughnan, Esq., does hereby agree to be substituted in the place of Michael F. Bohn, Esq., as attorney for the plaintiff, LN Management LLC Series 3921 Blue Gull, in the above entitled matter.

DATED this 13th day of November, 2013.

LAW OFFICES OF
KERRY P. FAUGHNAN, ESQ.

By: /s/ Kerry P. Faughnan
Kerry P. Faughnan, Esq.
P.O. Box 33536
North Las Vegas, Nevada 89033

Michael F. Bohn, Esq, consents to the substitution of Kerry P. Faughnan, Esq. as attorney of record for the plaintiff, LN Management LLC Series 3921 Blue Gull.

DATED this ___ day of November, 2013.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ Michael F. Bohn
Michael F. Bohn, Esq.
376 E. Warm Springs Road, Ste. 1125
Las Vegas, Nevada 89119

**IT IS SO ORDERED.**

/s/ George Foley Jr.
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED: November 14, 2013**

2