1 MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
2 mbohn@bohnlawfirm.com
LAW OFFICES OF
3 MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Ste. 125
4 Las Vegas, Nevada 89119
(702) 642-3113 / (702) 642-9766 FAX
5
Attorney for plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 3921 BLUE GULL<br><br>Plaintiff,<br><br>vs.<br><br>FIRST MORTGAGE CORPORATION; QUALITY LOAN SERVICE CORPORATION; and BYANN BLAKENEY<br><br>Defendants. | CASE NO.: 2:13- cv-01946-GMN-GWF |

**SUBSTITUTION OF ATTORNEYS**

Plaintiff, LN Management LLC Series 3921 Blue Gull, does hereby consent to the substitution of Kerry P. Faughnan, Esq., as attorney for plaintiff, LN Management LLC Series 3921 Blue Gull, in the above-entitled matter in the place of Michael F. Bohn, Esq.

DATED this _____ day of November, 2013.

By:_____
Iyad Haddad, for LN Management LLC Series 3921 Blue Gull

/ / /

/ / /

/ / /

1

Kerry P. Faughnan, Esq., does hereby agree to be substituted in the place of Michael F. Bohn, Esq., as attorney for the plaintiff, LN Management LLC Series 3921 Blue Gull, in the above entitled matter.

DATED this 13th day of November, 2013.

LAW OFFICES OF
KERRY P. FAUGHNAN, ESQ.

By: /s/ Kerry P. Faughnan
Kerry P. Faughnan, Esq.
P.O. Box 33536
North Las Vegas, Nevada 89033

Michael F. Bohn, Esq, consents to the substitution of Kerry P. Faughnan, Esq. as attorney of record for the plaintiff, LN Management LLC Series 3921 Blue Gull.

DATED this ___ day of November, 2013.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ Michael Bohn
Michael F. Bohn, Esq.
376 E. Warm Springs Road, Ste. 1125
Las Vegas, Nevada 89119

**IT IS SO ORDERED.**

/s/ George Foley Jr.
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED: November 14, 2013**

2